AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

2006 MAR -9 PM 4 39

NANCY M. MAYER-WHITTINGTON
CLERK

Ronald W. Anderson
611 Pennsylvania Ave SE, #327
PO Box 70663
Washington, DC 20003

**SUMMONS IN A CIVIL CASE**

V.

Mike Johanns, Secretary
The United States Department of Agriculture
14th and Independence Avenue, SW
Washington, DC 20250  ET AL

CASE NUMBER 1:05CV02198

JUDGE: Emmet G. Sullivan

DECK TYPE: Employment Discrimination

DATE STAMP: 11/__/2005

TO: (Name and address of Defendant)

U.S. Attorney for the District of Columbia
555 4th St. NW
Washington, DC 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Ronald W. Anderson
PO Box 70663
Washington, DC 20024

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          NOV 10 2005
CLERK                                DATE

(By) DEPUTY CLERK

Ronald Anderson
Mike Johanns, Secretary, etal
Case 1:05-cv-02198-EGS   Document 2   Filed 03/09/2006   Page 2 of 3
U.S. District Court for the District of Columbia
Case # 1:05CV02198

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and complaint was made by me
DATE: 12/31/05

NAME OF SERVER (PRINT): Rosemary McCray
TITLE: Server

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): I served the U.S. Attorney General by return certified mail at 950 Pennsylvania Ave NW Washington, DC. Ernest Polk signed and received the summons on behalf of the U.S. Attorney General on 1/03/2006 (See Exhibit 2)

### STATEMENT OF SERVICE FEES

TRAVEL: -0-    SERVICES: -0-    TOTAL: -0-

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3/9/06
Date

Signature of Server

7247 15th Pl NW Washington, DC 20012
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

US Attorney General
950 Penn Ave NW
Wash DC 20530

CASE # 1:05 CV 02198

Article Number (Transfer from service label): 7005 1160 0000 8545 9573

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Ernest L. Parks_    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
JAN 0 3 2006

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M

Exhibit 1
Side 1 of 2 on back
↓