AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### District of Columbia

U.S. DISTRICT COURT
DISTRICT OF COLUMBIA
2006 MAR -9 PM 4:38
NANCY M.
MAYER-WHITTINGTON

Ronald W. Anderson
611 Pennsylvania Ave SE, #327
PO Box 70663
Washington, DC 20003

**SUMMONS IN A CIVIL CASE**

V.

Mike Johanns, Secretary
The United States Department of Agriculture
14th and Independence Avenue, SW
Washington, DC 20250, ET AL

CASE NUMBER  1:05CV02198

JUDGE: Emmet G. Sullivan

DECK TYPE: Employment Discrimination

DATE STAMP: 11/?/2005

TO: (Name and address of Defendant)

U.S. Attorney for the District of Columbia
555 4th St, NW
Washington, DC 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Ronald W. Anderson
PO Box 70663
Washington, DC 20024

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON         NOV 10 2005
CLERK                              DATE

_/s/_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 12/22/05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Rosemary McCray | Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): I served defendant Mike Johanns, Sec. of the United States Dept. of Agriculture at his place of employment 14th and Independence Ave, SW, Washington, DC by return mail, Kwame Lake signed (See Ex 1)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| -00- | -0- | -0- |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/9/06
           Date

Signature of Server: *Rosemary McCray*

7247 15th Pl NW, Washington, DC 20012
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Hon Mike Johanns Secretary
   US Dept of Agriculture
   4th & Indpendence Ave
   S.W.
   Wash DC 20250

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]   ☐ Agent
                   ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
   [illegible]                    12/2/05

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7005 1160 0000 8545 9597

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Ronald Anderson
PoBox 70663
Washington DC 20024

Case # 1:05-CV-02198
Summons, Complaint

Exhibit 1