UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RONALD W. ANDERSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 05-2198 (EGS) |
| MIKE JOHANNS, *et al.*, | ) ) ) |
| Defendants. | ) ) |

**ORDER**

In reviewing the docket for this case, it appears that plaintiff has never served process on the United States Attorney for the District of Columbia as required by Rule 4(i) of the Federal Rules of Civil Procedure. However, it appears that the plaintiff has served the Attorney General of the United States, the Secretary of the United States Department of Agriculture ("USDA"), and a director at the USDA.

Rule 4(i)(3) states that the Court "shall allow a reasonable time to serve process under Rule 4(i) for the purpose of curing the failure to serve . . . all persons required to be served in an action governed by Rule 4(i)(2)(A), if the plaintiff has served either the United States attorney or Attorney General for the United States." Fed. R. Civ. P. 4(i)(3). Because the plaintiff has served the Attorney General, the Court will allow plaintiff the opportunity to cure his currently defective service. Accordingly, it is hereby

**ORDERED** that plaintiff shall serve the United States Attorney for the District of Columbia or his designee as required under Rule 4(i)(1)(A) of the Federal Rules of Civil Procedure by **March 22, 2007.** If the plaintiff fails to perfect service by that date, the Court may dismiss this case for failure to prosecute.

**Signed:    Emmet G. Sullivan**
**United States District Judge**
**February 22, 2007**