UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RONALD W. ANDERSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MIKE JOHANNS, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 05-2198 (EGS) |

### ORDER

On February 22, 2007, plaintiff Ronald Anderson was ordered to serve the United States Attorney for the District of Columbia or his designee as required under Rule 4(i)(1)(A) of the Federal Rules of Civil Procedure by March 22, 2007, and was advised that the plaintiff's failure to perfect service by that date could result in the dismissal of his case.

Plaintiff has failed to respond to the Order as of the date indicated below. Accordingly, it is hereby

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE;** and it is

**FURTHER ORDERED** that the Clerk of the Court shall remove this case from the active calendar of this Court.

**SO ORDERED.**

**Signed:   Emmet G. Sullivan**
**United States District Judge**
**April 10, 2007**